IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES SLY,

        Plaintiff,                  No. CIV S-08-1638 KJM P

    vs.

A. ALLEN, et al.,

        Defendants.         <u>ORDER</u>

                                /

        By an order filed August 8, 2008, plaintiff was ordered to file an in forma pauperis affidavit or pay the appropriate filing fee within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed an in forma pauperis affidavit or paid the appropriate filing fee.

        Accordingly, IT IS HEREBY ORDERED that

        1. This action is dismissed without prejudice; and

        2. The Clerk of the Court is directed to enter judgment and close this case.

DATED: November 14, 2008.

                                                          _____
                                                          U.S. MAGISTRATE JUDGE

2/sly1638.fifp

1